

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00723-CV

**IN THE INTEREST OF K.M.A., ET AL**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01313
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to March 9, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court